**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION**

---

**BRENDA CAGLE,**

    **Plaintiff,**

**v.**                                     **Case No.  1:24-cv-307**

**4330 RINGGOLD, LLC,**

    **Defendant.**

---

STIPULATION OF DISMISSAL

---

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this July 09, 2025.

By: */s/ Rebecca Hutto*
Rebecca Hutto, Esq.
Counsel for Plaintiff
TN State Bar No.: 39252
WAMPLER, CARROLL, WILSON, and
SANDERSON, PLLC
208 Adams Ave.
Memphis TN 38103
Telephone: 901-523-1844
Email: rebecca@wcwslaw.com

*/s/Darald J. Schaffer*
Darald J. Schaffer, TN BPR 029375

1

Samples, Jennings, Clem, & Fields, PLLC
130 Jordan Drive
Chattanooga, TN 37421
Phone: (423) 892-2006
Fax: (423) 892-1919
Email: dschaffer@sampleslaw.com

2